IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE JAMES POWELL,<br>AIS # 00151747 | )<br>)<br>) |
| Petitioner, | )<br>) |
| vs. | )   CIVIL ACTION NO. 14-0064-CG-N<br>) |
| WANDA LIGHTNER, Warden,<br>Mobile Community Based Facility/<br>Community Work Center, | )<br>)<br>)<br>) |
| Respondent. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 20, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Petitioner's petition for habeas corpus relief (Doc. 1) is **DISMISSED without prejudice** for failure to exhaust his state court remedies and that the Petitioner is not entitled to a Certificate of Appealability or to appeal in forma pauperis.

**DONE and ORDERED** this 27th day of May, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE